IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHARLENE HETHERINGTON and VICKY LEACH as agent and attorney in fact of CHARLENE HETHERINGTON,<br><br>Plaintiff,<br><br>v.<br><br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>Defendant. | § § § § § § § § § § § § § § § § §   Case No. 6:23-cv-238-JDK |

## ORDER OF DISMISSAL

Before the Court is the parties' joint motion to dismiss with prejudice (Docket No. 10). The Court **GRANTS** the motion. Pursuant to the parties' request and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **15th** day of **May, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE